## CHRYSTAL v. SHEWMAKE & MURPHY.

PER CURIAM. 1. The evidence was sufficient to support the verdict.
2. The grounds of the motion for a new trial complaining of the charge to the jury, and of omissions to charge, without request, were without merit.       *Judgment affirmed. All the Justices concur.*

No. 35. JANUARY 15, 1918.

. Claim. Before Judge Brand. Jackson superior court. November 17, 1916.

*P. Cooley,* for plaintiff in error.   *J. S. Ayers,* contra.

---

## GREENWAY v. GREENWAY.

PER CURIAM. Where the only issue in a proceeding for contempt because of failure to pay temporary alimony is one of fact, the judgment of the trial court will not be controlled by this court unless it appears that there is no evidence to support the finding. We can not say that the finding is thus unsupported in this case.

*Judgment affirmed. All the Justices concur.*

No. 92. JANUARY 15, 1918.

Attachment for contempt. Before Judge Park. Johnson superior court. December 30, 1916.

*Faircloth & Claxton,* for plaintiff in error.

*Sibley & Sibley,* contra.